UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

CYNTHIA RAMOS,

                Plaintiff,

    -v-

KAMAR H. SAMUELS,

              Defendant.

------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/16/2026

26-cv-3128 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    The Court will hold a conference in this matter on Monday, April 20, 2026, at 4:00 p.m, in Courtroom 15C, 500 Pearl Street.  The Court will expect the DOE to be prepared to discuss the motion for a TRO, including whether a briefing schedule is appropriate.  To the extent that the DOE wishes to be heard in writing before the conference, it shall submit its response to the motion for a temporary restraining order by no later than 12:00 p.m. on April 20, 2026.  Plaintiff shall serve this Order on the DOE by no later than 11:00 am on April 17, 2026, and shall file proof of service on the docket.

    SO ORDERED.

Dated: April 16, 2026
      New York, New York

                                  _____
                                  LEWIS J. LIMAN
                            United States District Judge